IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

COREY PRITCHETT,

        Plaintiff,

   v.

OFFICER FAIRLEY, et al.,

        Defendants.

2:15-cv-01724-TC

ORDER

MCSHANE, Judge:

    Magistrate Judge Thomas M. Coffin filed a Findings and Recommendation (ECF No. 57), and the matter is now before me. *See* 28 U.S.C. § 636(b)(1)(B), Fed. R. Civ. P. 72(b). Plaintiff filed objections to the Findings and Recommendation. Accordingly, I have reviewed the file of this case *de novo*. *See* 28 U.S.C. § 636(b)(1)(c); *McDonnell Douglas Corp. v. Commodore Bus. Mach., Inc.*, 656 F.2d 1309, 1313 (9th Cir. 1981). I find no error and conclude the report is correct.

1 –ORDER

Magistrate Judge Coffin's Findings and Recommendation (ECF No. 57) is adopted in full. Defendants' Motion for Summary Judgment (ECF No. 37) is GRANTED.

IT IS SO ORDERED.

DATED this 10th day of March, 2017.

       _____/s/ Michael J. McShane_____
       Michael McShane
       United States District Judge

2 –ORDER