IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

COREY PRITCHETT,

        Plaintiff,

v.

OFFICER FAIRLEY, et al.,

        Defendants.

_____

Civ. No. 2:15-cv-1724-MK

ORDER

MCSHANE, Judge:

        Magistrate Judge Mustafa Kasubhai filed a Findings and Recommendation (ECF No. 98),

and the matter is now before this court. *See* 28 U.S.C. § 636(b)(1)(B), Fed. R. Civ. P. 72(b).

Plaintiff filed objections to the Findings and Recommendation. Accordingly, I have reviewed the

file of this case *de novo*. *See* 28 U.S.C. § 636(b)(1)(c); *McDonnell Douglas Corp. v. Commodore

Bus. Mach., Inc.*, 656 F.2d 1309, 1313 (9th Cir. 1981). I find no error and conclude the report is

correct.

Magistrate Judge Kasubhai's Findings and Recommendation (ECF No. 98) is adopted.

Defendants' motion for summary judgment is GRANTED.

IT IS SO ORDERED.

DATED this 3rd day of January, 2020.


_____/s/ Michael J. McShane_____
Michael McShane
United States District Judge